# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEE HACKETT,<br><br>        Plaintiff,<br><br>    v.<br><br><br><br><br>CITY OF FRESNO FAX AREA<br>EXPRESS, et. al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-00140 OWW GSA<br><br>ORDER FINDING PLAINTIFF INELIGIBLE TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE WITHIN THIRTY DAYS OR THIS ACTION WILL BE DISMISSED<br><br>ORDER VACATING ORDER GRANTING PLAINTIFF LEAVE TO PROCEED IN FORMA PAUPERIS<br>(Doc. 4)<br><br>ORDER DIRECTING CLERK'S OFFICE TO REFUND TO PLAINTIFF THE PORTION OF THE FILING FEE COLLECTED TO DATE |

       Plaintiff Eric Lee Hackett ("plaintiff") is a state prisoner proceeding pro se filed this action on January 20, 2009. (Doc. 1). On March 19, 2009, the court screened the complaint and ordered the complaint dismissed giving Plaintiff leave to amend. (Doc. 16). Plaintiff timely filed a first amended complaint on April 7, 2009. (Doc. 18). Prior to the screening of the complaint, Plaintiff filed an application to proceed in forma pauperis which was granted on January 27, 2009. (Docs. 3 and 4). However, upon further review of Plaintiff's case, Plaintiff is not eligible to proceed in this action in forma pauperis.

28 U.S.C. § 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

To date, Plaintiff has filed sixteen actions in the United States District Court for the Eastern District of California, and has had three or more actions dismissed as frivolous, as malicious, or for failing to state a claim upon which relief may be granted.[1] Thus, Plaintiff is subject to section 1915(g) and is precluded from proceeding in forma pauperis unless Plaintiff is, at the time the complaint is filed, under imminent danger of serious physical injury.

The Court has reviewed Plaintiffs' complaints and finds that Plaintiff has alleged no facts that support a finding he is, at this time, under imminent danger of serious physical injury. Accordingly, Plaintiff may not proceed in forma pauperis, and must submit the appropriate filing fee in order to proceed with this action.

Based on the foregoing, it is HEREBY ORDERED that:

1. Pursuant to 28 U.S.C. § 1915(g), Plaintiff is ineligible to proceed in forma pauperis in this action;

2. The Court's January 27, 2009 order granting Plaintiff leave to proceed in forma pauperis is VACATED (Doc. 4);

3. The Court's January 27, 2009 order directing the collection of the filing fee from Plaintiff's trust account is VACATED and the California Department of Corrections should cease collecting partial payments from Plaintiff's account for this action; and

4. The Clerk's Office shall review its records and refund to Plaintiff the portion of the filing fee that has been collected from Plaintiff to date; and

---

[1] Among the dismissals suffered by plaintiff that count as strikes under 1915(g) are case numbers 1:01-cv-06076 OWW-SMS, Hackett v. Taylor, et. al., (E.D. Cal.) (dismissed 08/22/2002 for failure to state a claim); 1:02-cv-5440 OWW-SMS, Hackett v. Taylor, et. al., (E.D. Cal.) (dismissed on 08/23/2002 for failure to state a claim); 1:04-cv-5124 OWW-SMS, Hackett v. Shwarzenegger, et al., (dismissed on 08/04/2005 for failure to state a claim); and 1:06-cv-01123-OWW-SMS, Hackett v. City of Fresno, et. al., (E.D. Cal.) (dismissed 11/06/2006 for failure to state a claim).

5. Plaintiff shall pay the $350.00 filing fee in full within **thirty (30) days** or this action will be dismissed, without prejudice.

IT IS SO ORDERED.

**Dated:   April 27, 2009**                              **/s/ Oliver W. Wanger**
                                                         UNITED STATES DISTRICT JUDGE