# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEE HACKETT,<br><br>              Plaintiff,<br><br>   v.<br><br>CITY OF FRESNO FAX AREA EXPRESS, et al.,<br><br>              Defendants.<br><br>_____/ | CASE NO. 1:09-cv-00140-OWW-GSA<br>APPEAL NO. 09-15968<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL ON GROUND THAT PLAINTIFF IS SUBJECT TO 28 U.S.C. § 1915(G)<br><br>(Doc. 26)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE COPY OF ORDER ON NINTH CIRCUIT |

Plaintiff Eric Lee Hackett filed this civil rights action on January 20, 2009. Plaintiff filed an application to proceed in forma pauperis which was granted on January 27, 2009. Subsequently, on April 29, 2009, this Court determined Plaintiff was not eligible to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g) and issued an order vacating Plaintiff's in forma pauperis status. Doc. 21. Plaintiff was ordered to pay the $350.00 filing fee within thirty days.

On May 7, 2009, Plaintiff filed an appeal of this court's denial of his in forma pauperis status. The appeal was processed to the Ninth Circuit on May 8, 2009, however, the filing fee was not paid. On May 18, 2009, Plaintiff filed a motion to proceed in forma pauperis. Doc. 26.

28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more

prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  Because plaintiff is subject to section 1915(g) and has made no showing that he is "under imminent threat of serious physical injury," id., plaintiff's motion for leave to proceed in forma pauperis on appeal, filed May 18, 2009, is HEREBY DENIED.[1]  The Clerk's Office is HEREBY DIRECTED to serve a copy of this order on the Ninth Circuit. Fed. R. App. P. 24(a)(2), (4)(A).

IT IS SO ORDERED.

**Dated:    May 21, 2009**                        _____/s/ Oliver W. Wanger_____
                                                                        UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice that the cases filed by plaintiff that count as strikes under 1915(g) are as follows : 1:01-cv-06076 OWW-SMS, Hackett v. Taylor, et al.,  (E.D. Cal.) (dismissed 08/22/2002 for failure to state a claim); 1:02-cv-5440 OWW-SMS, Hackett v. Taylor, et. al.,  (E.D. Cal.) (dismissed on 08/23/2002 for failure to state a claim); 1:04-cv-5124 OWW-SMS, Hackett v. Shwarzenegger, et al.,  (dismissed on 08/04/2005 for failure to state a claim); and 1:06-cv-01123-OWW-SMS, Hackett v. City of Fresno, et al., (E.D. Cal.) (dismissed 11/06/2006 for failure to state a claim).