# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEE HACKETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO FAX AREA EXPRESS, et. al.,<br><br>　　　　Defendant.<br>_____/ | CASE NO. 1:09-cv-00140 OWW-GSA<br><br>ORDER DISMISSING ACTION<br><br>(Doc. 21) |

　　　Plaintiff, Eric Hackett, ("plaintiff") is a state prisoner proceeding pro se in this civil action. On April 29, 2009, pursuant to 28 U.S.C. §1915(g), the Court issued an order finding Plaintiff ineligible to proceed in forma pauperis and directing Plaintiff to pay the $350.00 filing fee in full within thirty days from the date of service of the order. (Doc. 21).

　　　Plaintiff filed an appeal of this Court's order on May 7, 2009. (Doc. 24). On September 18, 2009, the Ninth Circuit dismissed Plaintiff's appeal. (Doc. 31). More than thirty days have passed since the Ninth Circuit issued its decision dismissing Plaintiff's appeal and Plaintiff has not complied with this Court's order by paying the $350.00 filing fee. Accordingly, this action is HEREBY DISMISSED, without prejudice, pursuant to 28 U.S.C. §1915(g).

IT IS SO ORDERED.

**Dated:　October 22, 2009**　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1